DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SEMANTHA SANTANGELO,**
Appellant,

v.

**ATLAS SERVICES, INC.** and **STEVEN H. GROSSMAN,**
Appellees.

No. 4D20-186

[February 18, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cymonie S. Rowe, Judge; L.T. Case No. 50-2015-CA-009058-XXXX-MB.

Lyman S. Bradford IV of The Law Office of Lyman S. Bradford IV, P.A., West Palm Beach, for appellant.

Aldo Beltrano, Nina Smith and Adam M. Jacobson of Beltrano & Associates, Jupiter, for appellees.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***